RECEIVED
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND




# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| E-Pass Technologies, Inc. | | CASE NUMBER |
| | Plaintiff(s) | C-00-2255 DLJ |
| v. | | |
| 3Com Corp. and Palm, Inc. | | **SUBSTITUTION OF ATTORNEY** |
| | Defendant(s) | |

E-Pass Technologies, Inc. ____ ☒ Plaintiff ☐ Defendant ☐ Other ____
*Name of Party*

hereby substitutes  Kelly W. Cunningham, Esq., of Cislo & Thomas LLP ____ who is

☒ Retained Counsel ☐ Court Appointed Counsel ☐ Pro Per  1333 2nd Street, Suite 500 ____
*Street Address*

Santa Monica, CA 90401 ____ (310) 451-0647 ____ (310) 394-4477 ____ 186,229
*City, State, Zip Code*  *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of  Mark C. Dosker, Esq., Squire, Sanders & Dempsey LLP
*Present Attorney*

Dated: 1-11-08 ____

_____
Signature of Party

Dated: 1/11/08 ____

_____
Signature of Present Attorney, Mark C. Dosker, Esq.

I am duly admitted to practice in this District.

Dated: 1-10-08 ____

_____
Signature of New Attorney, Kelly W. Cunningham, Esq.

**Substitution of Attorney is hereby**  ☐ Approved.  ☐ Denied.

Dated: Jan 11, 2008 ____

_____
United States District Judge ~~Magistrate Judge~~

SUBSTITUTION OF ATTORNEY

# PROOF OF SERVICE

The undersigned certifies and declares as follows:

I, Mary Ann Dimapasoc, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Suite 300, San Francisco, California, 94111-3492.

On January 11, 2008, I served a true and correct copy of the following documents:

1.  **E-Pass Technologies, Inc. Substitution of Attorney**

on the interested parties in this action as follows:

| | |
|---|---|
| EDWARD SIKORSKI, ESQ.<br>JOHN ALLCOCK, ESQ.<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>401 B STREET, SUITE 2000<br>SAN DIEGO, CA 92101-4297<br><br>COUNSEL FOR DEFENDANTS 3COM, INC., PALM, INC., PALMONE, INC. AND HANDSPRING, INC. | M. ELIZABETH DAY, ESQ.<br>SAL LIM, ESQ.<br>VINCENT S. LAM, ESQ.<br>DLA PIPER RUDNICK GRAY CARY<br>2000 UNIVERSITY AVENUE<br>EAST PALO ALTO, CA 94303-2248<br><br>COUNSEL FOR DEFENDANTS 3COM, INC., PALM, INC., PALMONE, INC. AND HANDSPRING, INC. |
| WILLIAM J. BOHLER, ESQ.<br>MADISON C. JELLINS, ESQ.<br>SUSAN C. MOON, ESQ.<br>JULIE J. HAN, ESQ.<br>TOWNSEND & TOWNSEND & CREW<br>379 LYTTON AVENUE<br>PALO ALTO, CA 94301<br><br>COUNSEL FOR DEFENDANTS VISA INTERNATIONAL SERVICE ASSOCIATION AND VISA U.S.A., INC. | MARK D. ROWLAND, ESQ.<br>ANDREW T. OLIVER, ESQ.<br>ROPES & GRAY LLP<br>525 UNIVERSITY AVENUE, SUITE 300<br>PALO ALTO, CA 94301<br><br>COUNSEL FOR DEFENDANT PALMSOURCE, INC. |

☒ **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 11, 2008, at San Francisco, California.

I declare under penalty of perjury that the above is true and correct.

_____          _____
Mary Ann Mendoza                                (Signature)