FILED
JUN 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

COPIES MAILED TO
PARTIES OF RECORD FS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-PASS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 3COM, INC. and PALM, INC., <br><br> Defendants. | No. C-00-2255 DLJ (EDL) <br> **Related Cases** |
| E-PASS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A., INC., <br><br> Defendants. | No. C-03-4747 DLJ (EDL) <br> Related Cases |
| E-PASS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PALMONE, INC., PALMSOURCE, INC., and HANDSPRING, INC., <br><br> Defendants. | No. C-04-0528 DLJ (EDL) <br> Related Cases <br><br> [~~PROPOSED~~] **ORDER AND AMENDED JUDGMENT** |

[PROPOSED] ORDER AND AMENDED JUDGMENT
Case No. C-04-0528 DLJ (EDL)

ORIGINAL

Defendant PalmSource, Inc. filed a motion for an amended judgment and plaintiff E-Pass Technologies, Inc. has stipulated that plaintiff does not oppose said motion. Based on the submission of defendant PalmSource, Inc., the Court concluded that good cause exists for granting the unopposed motion. Upon consideration of the submission, the Court AMENDS THE JUDGMENT of November 19, 2007, and awards PalmSource $939,577.82 in fees and $32,432.57 in costs.

IT IS SO ORDERED.

Dated: June 16, 2008        By: _____
                                D. LOWELL JENSEN
                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-PASS TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>3COM, INC., ET AL et al,<br><br>    Defendant.<br>_____/ | Case Number: CV00-02255 DLJ<br><br>**CERTIFICATE OF SERVICE**<br><br>Related Cases |
| E-PASS TECHNOLOGIES,<br><br>v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, AND VISA U.S.A., INC.<br>_____/ | Case Number: CV03-4747-DLJ |
| E-PASS TECHNOLOGIES,<br><br>v.<br><br>PALMONE INC., PALMSOURCE INC. and HANDSPRING INC.<br>_____/ | Case Number CV04-00528-DLJ |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel M. Cislo
Kelly W. Cunningham
Cislo & Thomas LLP
1333 Second Street, Ste. 500
Santa Monica, CA 90401


Edward H. Sikorski
DLA Piper Rudnick Gray Cary LLP
401 B Street, Suite 2000
San Diego, CA 92101-4240

John Allcock
DLA Piper Rudnick Gray Cary LLP
401 B Street, Suite 2000
San Diego, CA 92101-4240

M. Elizabeth Day
DLA Piper Rudnick Gray and Cary LLP
2000 University Avenue
East Palo Alto, CA 94303-2248

Vincent Lam
DLA Piper Rudnick Gray and Cary LLP
2000 University Avenue
East Palo Alto, CA 94303-2248

Gregory J. Fleesler
Moses & Singer LLP
1301 Avenue of the Americas
New York, NY 10019

Michael J. Pospis
Moses & Singer LLP/The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

Stephen Norman Weiss
Moses & Singer LLP/The Chrysler Bldg.
405 Lexington Avenue
New York, NY 10174-1299

Mark Rowland
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

Andrew Oliver
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

Madison C. Jellins
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto CA 94301

Dated: June 16, 2008

Richard W. Wieking, Clerk

*Frances Stone*

By: Frances Stone, Deputy Clerk