CLERK'S OFFICE COPY

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1144, -1145, -1146, -1470, -1471, -1472

E-PASS TECHNOLOGIES, INC.,

Plaintiff-Appellant,

FILED

MAR 2 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

v.

3COM CORPORATION (also known as 3COM, Inc.),
PALM, INC., PALMONE, INC. and HANDSPRING, INC.,

Defendants-Appellees,

and

VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A., INC.,

Defendants-Appellees,

and

ACCESS SYSTEMS AMERICAS, INC. (formerly Palmsource, Inc.),

Defendant-Appellee.

Daniel M. Cislo, Cislo & Thomas, LLP, of Santa Monica, California, argued for plaintiff-appellant. With him on the brief were Kelly W. Cunningham, and Mark D. Nielsen.

Edward H. Sikorski, DLA Piper US LLP, of San Diego, California, argued for defendants-appellants 3Com Corporation, et al. With him on the brief were Vincent S. Lam; and M. Elizabeth Day, of East Palo Alto, California.

Madison C. Jellins, Alston and Bird LLP, of Palo Alto, California, argued for defendants-appellees Visa International Service Association, et al. With him on the brief was Julie J. Han, Townsend and Townsend and Crew LLP, of Palo Alto, California.

Andrew T. Oliver, Ropes & Gray LLP, of Palo Alto, California, argued for defendant-appellee Access Systems Americas, Inc. With him on the brief was Mark D. Rowland.

Appealed from: United States District Court for the Northern District of California

Senior Judge D. Lowell Jensen

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1144, -1145, -1146, -1470, -1471, -1472

E-PASS TECHNOLOGIES, INC.,

Plaintiff-Appellant,

v.

3COM CORPORATION (also known as 3COM, Inc.),
PALM, INC., PALMONE, INC. and HANDSPRING, INC.,

Defendants-Appellees,

and

VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A., INC.,

Defendants-Appellees,

and

ACCESS SYSTEMS AMERICAS, INC. (formerly Palmsource, Inc.),

Defendant-Appellee.

# Judgment

ON APPEAL United States District Court for the Northern District of California

in CASE NO(S) 00-CV-2255, 03-CV-4747 and 04-CV-0528.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, LINN, and PROST, Circuit Judges.)

AFFIRMED. See Fed. Cir. R.36

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 20 2009

JAN HORBALY
CLERK

ENTERED BY ORDER OF THE COURT

DATED: MAR 2 0 2009



Jan Horbaly, Clerk